**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 09-01622 VAP (DTBx)                    Date: October 21, 2009

Title:   US BANK NATIONAL ASSOCIATION -v- VICKY ANN HOPEWELL, DOES 1-100, inclusive; and KREIGI SABRON
==========================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

   Marva Dillard                                    None Present
   Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

   None                                             None

PROCEEDINGS:   MINUTE ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT, RIVERSIDE COUNTY (IN CHAMBERS)

   On April 16, 2009, Plaintiff U.S. Bank National Association ("Plaintiff") filed a "Complaint in Unlawful Detainer" against Defendant Vicky Ann Hopewell ("Hopewell").  On July 1, 2009, Hopewell removed the action on the basis of federal question and diversity jurisdiction, 28 U.S.C. §§ 1331, 1332.  (See EDCV 09-1240-VAP (OPx), Not. of Removal at 1-2.)   On July 22, 2009, this Court remanded the action to state court.  (See EDCV 09-1240-VAP (OPx), Doc. No.  5, July 22, 2009, Order Remanding Action to California Superior Court, Riverside County.)

EDCV 09-1622-VAP (DBTx)
US BANK NATIONAL ASSOCIATION v. VICKY ANN HOPEWELL, et al.
MINUTE ORDER of October 21, 2009

     On September 9, 2009, Defendant Kregi Sabron again removed the action on the basis of original federal question jurisdiction.  On September 21, 2009, the Court issued an order to show cause by September 30, 2009 why the case should not be remanded for lack of federal jurisdiction because Defendant failed to include a copy of the Complaint with the Notice of Removal.  On September 23, 2009, an "Order re: Transfer" was filed to transfer the case to Judge Larsen.  On September 30, 2009, Judge Larsen declined, noting the case did not appear to be related to EDCV09-1297 SGL (OPx).  Defendant has not filed a revised Notice of Removal.  The basis for federal jurisdiction is thus unclear.  The Court therefore REMANDS the case to California Superior Court, Riverside County.

     The Court may issue monetary sanctions for bad faith removal.  See L.R. 11-9 (sanctions for filing frivolous motions); 83-7 ("The violation of or failure to conform to any of these Local Rules may subject the offending party or counsel to: (a) monetary sanctions, if the Court finds that the conduct was willful, grossly negligent, or reckless").  This case has been removed twice without good cause.  Future removal without good cause may result in an award of sanctions against the Defendants.

     **IT IS SO ORDERED.**